IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH ANTHONY REYNA,<br>*Plaintiff,* | § § § | |
| v. | § § | NO. 1:25-CV-1676-ADA-ML |
| JANE NELSON, IN HER OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE,<br>*Defendants.* | § § § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane regarding Plaintiff Joseph Anthony Reyna's claims. Dkt. 7. The report recommends that Plaintiff's claims be **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) and that the undersigned institute a pre-suit filing bar on future litigation. *Id.* The Report and Recommendation was filed October 27, 2025. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections and a motion for clarification on November 2, 2025, which were docketed November 6, 2025. Dkt. 10. The Court has conducted a *de novo* review of the Complaint,

the Report and Recommendation, the objections to the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Mark Lane, Dkt. 7, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that all pending motions, included those filed after Judge Lane's Order and Report and Recommendation, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that Plaintiff Joseph Anthony Reyna is **BARRED** from filing future complaints in the Western District of Texas without obtaining prior approval from a district or magistrate judge.

**SIGNED** on November 13, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE